# UNITED STATES COURT OF APPEAL

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Laura Hoffman<br>Appellee/Plaintiff in the District Court<br><br>vs.<br><br>Citibank (South Dakota), N.A.<br>Non Appellant/Defendant in the District Court<br><br>―――――――――――<br>C. Prada, S Soyka and H. Strong<br>Appellants/Objectors to Class Action<br>Settlement in the District Court | Ninth Circuit No. 11-55106<br><br>**MOTION TO VOLUNTARILY DISMISS APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellants/Objectors C. Prada, S. Soyka and H. Strong hereby move the Court for an order dismissing their above captioned appeal with prejudice.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: February 18, 2011


/s/ Howard Strong

_____
Howard Strong
Attorney for Appellants